E-FILED
Monday, 17 August, 2015 11:31:42 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AMADO LOPEZ,<br>    Plaintiff,<br><br>vs.<br><br>TAZEWELL COUNTY JUSTICE<br>CENTER, et. al.<br>    Defendants. | CASE NO. 15-1105 |

MOTION FOR ENLARGEMENT OF TIME TO FILE
RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

NOW COMES Stewart J. Umholtz, State's Attorney of Tazewell County, through Michael P. Holly, Assistant State's Attorney, representing the Defendants in this matter and file this motion for enlargement of time to file a responsive pleading to Plaintiff's complaint pursuant to Federal Rule of Civil Procedure 6.

In support thereof, the Defendants state as follows:

1) Defendants have received and reviewed the complaint filed in this matter.

2) Following an examination of the complaint and allegations regarding the legal issues involved in this matter, counsel has determined that there is a need for a factual investigation in order to properly respond to the allegations in the Complaint.

3) At the present time, Defendants cannot properly determine whether allegations should be admitted or denied or if a motion of some form would be the proper response.

4) Defendants request an enlargement of time to respond so counsel may discuss the matter with the Defendants and determine facts.

5) Defendants must consult with multiple parties and determine whether to assign this matter to outside counsel. Once that determination is made, any assigned

counsel must be identified and must then be updated on this case prior to the filing of a response.

6) Defendants have filed this motion at a time prior to the deadline to file a response to Plaintiff's complaint.

WHEREFORE, Defendants respectfully request this Honorable Court to grant an enlargement of time of 60 days or an amount of time that this Honorable Court deems just.


Respectfully submitted,

s/ Michael P. Holly_____
Assistant State's Attorney
Michael P. Holly
Attorney for Defendant Tazewell County
Tazewell County State's Attorney's Office
342 Court St., Suite 6
Tazewell County Courthouse
Pekin, IL  61554
Telephone: (309) 477-2205
Fax: (309) 477-2399
E-mail: mholly@tazewell.com

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2015, I electronically filed the foregoing with the Clerk of the Court and I hereby certify that I have mailed by the United States Postal Service the document to the following CM/ECF participants:

Amado Lopez
13054-004
FCI Greenville
P.O. Box 5000
Greenville, IL 62246

                                                s/Michael P. Holly
                                                Michael P. Holly
                                                Assistant State's Attorney
                                                Attorney for Defendant Tazewell County
                                                Tazewell County State's Attorney's Office
                                                342 Court Street, Suite 6
                                                Pekin, IL 61554
                                                Phone: 309-477-2205
                                                Fax: 309-477-2399
                                                E-mail: mholly@tazewell.com